# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2025

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Villegas, David | Docket No. | 0980 1:24CR02027-SAB-33 |

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, David Villegas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 26th day of April 2024, under the following conditions:

**Special Condition #8**: GPS Monitoring: Defendant shall participate in a program of GPS location monitoring. Defendant shall wear, at all times, an electronic device under the supervision of the United States Probation/Pretrial Services Office. In the event Defendant does not respond to location monitoring or cannot be found, the United States Probation/Pretrial Services Office shall forthwith notify the United States Marshals Service, who shall immediately find, arrest, and detain the defendant. Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 29, 2024, Mr. Villegas reviewed and signed his release conditions, acknowledging an understanding. On this same date, Mr. Villegas reviewed and signed his location monitoring Global Position system (GPS) participant agreement form in which he agreed to not remove or tamper with the GPS monitor and contact his officer if he experiences any problems with the equipment.

**Violation #1**: David Villegas is alleged to be in violation of his pretrial release conditions by tampering with his location monitoring GPS tracker device on or about August 3, 2025.

On August 3, 2025, at 9:37 p.m., U.S. Probation Officer Elizabeth Lee received an alert from BI Total Access, the location monitoring service provider, stating that the strap on the tracker, serial number 1796255, assigned and placed on Mr. Villegas was tampered. Officer Lee attempted contact with Mr. Villegas with no success.

On August 4, 2025, this officer instructed Mr. Villegas to report to the probation office in person for location monitoring device inspection. Initially, Mr. Villegas asked if he could report the following day as he did not feel well. Mr. Villegas again was instructed to report to the probation office. Approximately 2 hours later, Mr. Villegas reported to the probation office. His GPS tracker was inspected and one of the two security clips was tampered with by having a puncture in what appears as an attempt to remove the security clip.

    PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: August 5, 2025 |
| by | s/Arturo Santana |
|  | Arturo Santana |
|  | U.S. Pretrial Services Officer |

PS-8
Re: Villegas, David
August 5, 2025
Page 2

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

8/6/2025
_____
Date