UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 21, 2025

SEAN F. McAVOY, CLERK

ECF No. 1121

| U.S.A. vs. | Villegas, David | Docket No. | 0980 1:24CR02027-SAB-33 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, David Villegas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the Court at Yakima, Washington, on the 26th day of April 2024, under the following conditions:

**Special Condition #1**: Defendant shall remain in the Eastern District of Washington, unless given permission by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 29, 2024, Mr. Villegas reviewed and signed his release conditions, acknowledging an understanding. On this same date, Mr. Villegas reviewed and signed his location monitoring Global Position System (GPS) participant agreement form, in which he agreed to not remove or tamper with the GPS monitor and contact his officer if he experiences any problems with the equipment.

**Violation #2**: David Villegas is alleged to be in violation of his pretrial release conditions by failing to remain in the Eastern District of Washington, on August 18, 2025.

On August 18, 2025, at approximately 7 a.m., this officer received a text message from Mr. Villegas and it stated, "Im leaving to Seattle ill be back by 6 p.m." Mr. Villegas did not have permission to leave the Eastern District of Washington.

On August 18, 2025, at approximately 8:56 a.m., this officer viewed an alert from BI Total Access (BI), the location monitoring service provider, stating Mr. Villegas left the Eastern District of Washington, and at approximately 8:37 a.m. entered the Western District Washington. At approximately 6:51 p.m., Mr. Villegas returned to the Eastern District of Washington.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION PREVIOUSLY REPORTED TO THE COURT

|   |   |   |
|---|---|---|
|   |   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   |   | Executed on: August 21, 2025 |
|   | by | Arturo Santana |
|   |   | Arturo Santana<br>U.S. Pretrial Services Officer |

PS-8
Re: Villegas,, David
August 21, 2025
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

8/21/2025
_____
Date